


IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**FILED**

JUL 19 2005

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

July 19, 2005

TO: Counsel of Record

SUBJECT: **LOCAL RULE OF CIVIL PROCEDURE 5.1.5,** *Documents Filed Under Seal*

CIVIL ACTION NO. 90-cv-7574
        Darria O'Brian, et al   vs.  National Media Corporation, et al

### NOTICE

      Pursuant to Rule 5.1.5 of the Local Rules of Civil Procedure, Documents Filed Under Seal, *as approved and adopted by the judges of the United States District Court for the Eastern District of Pennsylvania,* effective March 1, 2005, the below noted document(s) continue(s) to remain sealed. The two-year period prescribed by L.R.C.P. 5.1.5 (b)(2) has now concluded and the Court has not entered an order continuing its sealed status beyond that time.

      In accordance with L.R.C.P. 5.1.5(c), this is to notify you that the aforesaid document(s) will be unsealed unless you advise the Clerk in writing within sixty (60) days from the date of this notice, that you object to the unsealing of said document(s). If you object to the unsealing of the document(s) or if this Notice is returned unclaimed, the court will make a determination, on a case-by-case basis, whether to maintain the document(s) under seal, to unseal the document(s) under seal, or to require further notification.

**DOCUMENT(s) CURRENTLY UNDER SEAL:**
**Paper No. 33  Filed on August 7, 1991  Motion by Plaintiff Darria O'Brian, Plaintiff Ted Kraft, Plaintiff EV Systems, Inc. for Order to vacate stipulation Memorandum**
**Paper No. 43  Filed on September 5, 1991  Memorandum by Plaintiff Darria O'Brian, Plaintiff Ted Kraft, Plaintiff EV Systems, Inc. in support of [33-1] motion for Order to vacate stipulation**

      A copy of Local Rule of Civil Procedure 5.1.5 is attached for your convenient reference. If you have any questions, please call Gregg Swierczynski at (267) 299-7022.

                                 Very truly yours,

                                   MICHAEL E. KUNZ

10-5-05

Pleading Unsealed
Pursuant to LRCP 5.1.5

CLERK OF COURT

Gregg Swierczynski
Deputy Clerk

Copies by mail to:

| David B. Zlotnick | Donald B. Lewis | Michael R Needle | Ann D. White |
| Lawrence E. Feldman | Richard D. Greenfield | John Spelman | Michael K. Coran |
| John P. O'Dea | Raymond Oechsler | Anne Marie Donio | Benjamin Lerner |
| Leslie A. Hayes | | | |

Notice L.R. 5.1.5.frm

8/2 Re Sent to new address: M. Needle
8/9  "      "        "         "   : A. Donio